**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **YIU PONG FONG** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 26-7306** |
| | : | |
| **MARKWAYNE MULLIN, JOSEPH EDLOW, ANGELA KLAPAKIS, DAVID METCALF, TODD BLANCHE** | : | |

## ORDER

**AND NOW**, this 23rd day of November 2026, it having been reported the above captioned matter is settled and the parties stipulate to the dismissal of this action without prejudice (ECF 12), it is **ORDERED**:

1. This action is **DISMISSED** without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii); and,

2. The Clerk of Court shall mark this matter **CLOSED**.

**KEARNEY, J.**